No. 11–9344. EL FALESTENY v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of respondents for leave to file a brief in opposition under seal granted. Motion of petitioner for leave to file a reply brief under seal granted. Certiorari denied.

No. 11–9768. BLACKMON v. DOUGLAS, WARDEN. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 11–9797. MILLER v. MARSHALL. C. A. 7th Cir. Certiorari before judgment denied.

No. 11–9865. HOUSTON v. QUALITY HOME LOANS ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 11–10389. BASCIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.